AO 91 (Rev 11/11)  Criminal Complaint

# United States District Court
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-25-3289-M |
| Arturo Jr LUNA (USC / 1992) | ) | |
| Brayan GUTIERREZ-SALVADOR (MX / 2007) | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 28, 2025 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(ii) | Knowingly transport, or move, or attempted to transport aliens from a location in Sullivan City, Texas, to a location in Sullivan City, Texas, by means of a motor vehicle. |

This criminal complaint is based on these facts:
See Attachment A

**X** Continued on the attached sheet

Approved by AUSA D. Walker

/s/ Eric Garza
*Complainant's signature*

Eric Garza, Border Patrol Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on :

Date: November 29, 2025 at **4:48 PM**

City and State: McAllen, Texas

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

I, Eric Garza, am a United States Border Patrol Agent and have knowledge of the following facts:

1. On November 28, 2025, USBP Agents encountered a 2 on 3 alien smuggling case in Sullivan City, Texas.

2. At approximately 6:40 p.m. Border Patrol Agents (BPAs) observed a grey Ford F150 travelling west in tandem with a black SUV near La Grulla, Texas on U.S. Highway 83. BPAs had previously identified the grey Ford F150 picking up and dropping off illegal aliens in the same area. BPAs got into position to observe the grey Ford turn south on F.M. 2360 and after approximately four minutes, driving north and back on to U.S Highway 83 going east. BPAs maintained constant visual of the grey Ford pickup and requested vehicle registration checks on both vehicles which both came back registered out of Mission, Texas. BPAs have previously seen this tactic used multiple times with vehicles not from the area transporting illegal aliens.

BPAs activated their emergency lights and sirens in attempt to conduct an immigration inspection of all occupants of the grey Ford F150. The ford pickup truck made an immediate right hand turn on Chayos Street followed by an immediate right to a dead-end where it came to a complete stop, and a total of five subjects exited the vehicle and attempted to abscond from the scene. BPAs approached the driver side of the vehicle and apprehended the driver of the grey Ford F150 who was later identified as Arturo LUNA Jr, a United States Citizen. With the assistance of other BPAs and air support, a total of four more subjects were apprehended. During the search, air support advised BPAs, they witnessed one subject separate from the rest of the group and was using his cell phone, a tactic often used by foot guides to avoid apprehension. That subject was identified as Brayan GUTIERREZ-SALVADOR which BPAs also observed did not have a wrist band, a common item seen being worn by smuggled illegal aliens but not foot guides or drivers. All four subjects freely admitted to being present in the United States illegally without proper documentation.

3. Arturo LUNA JR, a United States citizen, was advised of his Miranda Rights and declined to provide a statement.

4. Bryan GUTIERREZ-SALVADOR, a citizen of Mexico, was advised of his Miranda Rights and declined to provide a statement.

5. Dimas Alejandro GUTIERREZ-MOLINA, a citizen of Mexico, was advised of his Miranda Rights and provided a statement. GUTIERREZ states that he was going to pay a total of $5,000 dollars to be smuggled into the United States. GUTIERREZ states he and four others got to the Mexico side of the Rio Grande River at approximately 2:30 p.m., on the day of his apprehension. GUTIERREZ states they crossed the river right away, and one subject was guiding the group. GUTIERREZ states that the guide was wearing a tan or light brown shirt, had a tan tone of skin, and was skinny. GUTIERREZ stated they walked approximately three to four

hours and were picked up by the side of the road. GUTIERREZ states that the guide got into the passenger seat first of the load vehicle which was a ford pick-up truck. GUTIERREZ states the driver was on the phone with scout vehicles ahead, and that they were advising the location of law enforcement. GUTIERREZ states that once the driver noticed they were being pulled over, the driver told them to get out of the vehicle. GUTIERREZ states that the driver looked to be tall, with short hair and a light complected skin tone. GUTIERREZ was shown a photo lineup and identified Arturo LUNA Jr as the driver of the vehicle. GUTIERREZ was shown a separate photo lineup and was able to identify Brayan GUTIERREZ-SALVADOR as the foot guide